**UNITED STATES Of America,**
**Plaintiff–Appellee,**

v.

**Antonio MENDOZA–RENTERIA,**
**Defendant–Appellant.**

No. 02–50217.

D.C. No. CR–01–00849–ABC.

United States Court of Appeals,
Ninth Circuit.

Submitted May 12, 2003.*

Decided May 20, 2003.

Before PREGERSON, REINHARDT,
and GRABER, Circuit Judges.

MEMORANDUM**

Antonio Mendoza–Renteria appeals his guilty-plea conviction and 33–month sentence imposed for illegally reentering the United States following deportation, in violation of 8 U.S.C. § 1326. Mendoza–Renteria's attorney has filed a brief and a motion to withdraw as counsel of record pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). The court has also received two pro se letters from Mendoza–Renteria addressed to the court.

Our review of the *Anders* brief and the pro se letters, and our independent review of the record under *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

